| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Barbour, Jr., William H. | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>07/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge, senior status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>245 E. Capitol St., Suite 502<br>Jackson, MS 39201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2009 JUL 16 A 9: 08 RECEIVED

**Barbour Jr, William H**

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   STOCKS AND BONDS | | - | | | | | | | |
| 2.   Regions Financial Corp (AmSouth) Common | D | Dividend | M | T | | | | | |
| 3.   Mobil Oil (common) | A | Dividend | J | T | | | | | |
| 4.   Belmont Lodge (common) | | None | K | W | | | | | |
| 5.   Citibank Deposit Program-formerly SB Money Funds | A | Interest | K | T | | | | | |
| 6.   Miss. Cap. Imp. - Bond | B | Interest | L | T | | | | | |
| 7.   Capital World Growth and Income Fund ( American Funds) | B | Dividend | K | T | | | | | |
| 8.   Europacific Growth Fund (American Funds) | A | Dividend | K | T | | | | | |
| 9.   Income Fund of America (American Funds) | B | Dividend | K | T | | | | | |
| 10.   New Perspective Fund (American Funds) | A | Dividend | K | T | | | | | |
| 11.   Miss. Dev. BK - Bond | B | Interest | L | T | | | | | |
| 12.   Miss. Cap. Imp. - Bond | C | Interest | L | T | | | | | |
| 13.   USM Bldg CRP Rev-Bond | B | Interest | L | T | | | | | |
| 14.   MS St RFDG - NTS-Bond | B | Interest | K | T | | | | | |
| 15.   General Motors Dtd 7/3/03-Bond | C | Interest | | | Sold | 11/14 | J | A | |
| 16.   Kayne Anderson Energy Total Return Fund | B | Dividend | J | T | | | | | |
| 17.   REAL ESTATE (Items 18-22) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | O =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Land #1, Yazoo County, MS | C | Rent | L | W | | | | | |
| 19.  Land #2, Yazoo City, MS - 1/2 interest | | None | K | W | | | | | |
| 20.  Land #2, Yazoo City, MS remaining 1/2 interest | | None | K | W | | | | | |
| 21.  RESIDENTIAL SUBDIVISION #1 (See expl. Section VIII) | | None | N | W | | | | | (See note 21 & 22) |
| 22.  -Subdiv #1: Lots ▓ less Lots ▓▓▓▓, ▓▓▓▓ | | | | | | | | | (See Note 21 & 22) |
| 23.  INDIVIDUAL RETIREMENT ACCOUNTS #1,2,3 (Items 23-69) | | | | | | | | | |
| 24.  IRA Rollover Acct-Brokerage Account #1 (24-36) | | | | | | | | | |
| 25.  -AT & T, Inc.(formerly Bell South (common) | B | Dividend | K | T | | | | | |
| 26.  -Regions Financial Corp (Amsouth) (common) | C | Dividend | L | T | | | | | |
| 27.  -Goldman Sachs Capital Growth Fund | A | Dividend | K | T | | | | | |
| 28.  -Citibank Deposit Program | A | Interest | K | T | | | | | |
| 29.  -Seligman New Tech Fund | D | Dividend | | | Sold | 02/25 | J | A | |
| 30.  -Franklin Income Fund | C | Dividend | J | T | | | | | |
| 31.  -Legg Mason Opportunity Tr Primary Class | A | Dividend | J | T | | | | | |
| 32.  -Legg Mason Value Trust | A | Dividend | J | T | | | | | |
| 33.  -Lord Abbett International Core Equity Fd | A | Dividend | J | T | | | | | |
| 34.  -Bank of America (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,000 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Johnson & Johnson (common) | A | Dividend | K | T | | | | | |
| 36. -Microsoft (common) | A | Dividend | J | T | | | | | |
| 37. IRA Managed Rollover -Brokerage Account #2 (37-41) | | | | | | | | | (See note 37-41) |
| 38. -American Balanced Fd CL A | C | Dividend | L | T | | | | | |
| 39. -Evergreen Asset Allocation Fd CL A | D | Dividend | L | T | | | | | |
| 40. -Washington Mutual Investors Fd CL A | C | Dividend | L | T | | | | | |
| 41. -Citibank Bank Deposit Program | A | Interest | J | T | | | | | |
| 42. IRA Rollover-Brokerage Account #3 (42-69) | | | | | | | | | (See Note 42-69) |
| 43. -IShares MSCI Emerging Mkts Index Fund | A | Dividend | J | T | Sold | 10/27 | J | A | |
| 44. -IShares S & P 500 Growth Index Fund | A | Dividend | K | T | Sold (part) | 01/17 | J | A | |
| 45. | | | | | Sold (part) | 07/23 | J | A | |
| 46. | | | | | Sold (part) | 10/27 | J | A | |
| 47. -IShares S & P 500 Value Index Fund | B | Dividend | K | T | Buy (add'l) | 01/17 | J | | |
| 48. | | | | | Buy (add'l) | 04/21 | J | | |
| 49. | | | | | Sold (part) | 10/27 | J | A | |
| 50. -IShares TR MSCI EAFE Index Fd | A | Dividend | K | T | Buy (add'l) | 01/17 | J | | |
| 51. | | | | | Buy (add'l) | 07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/27 | J | | |
| 53. -IShares TR S & P World EX-US PPTY Index Fund Sym:WPS | A | Dividend | J | T | Buy | 04/21 | J | | |
| 54. -IShares Dow Jones US Regional Banks Index Fund | A | Dividend | J | T | Buy | 07/18 | J | | |
| 55. | | | | | Buy | 07/23 | J | | |
| 56. -IShares SPDR SER TR S & P Homebuilders ETF Sym:XHB | A | Dividend | J | T | Buy | 07/23 | J | | |
| 57. -IShares Cohen & Steers Realty Majors Symbol: ICF | B | Dividend | J | T | Buy (add'l) | 01/17 | J | | |
| 58. | | | | | Sold (part) | 04/21 | J | A | |
| 59. | | | | | Buy (add'l) | 07/18 | J | | |
| 60. | | | | | Buy (add'l) | 10/27 | J | | |
| 61. -IShares Trust S & P Midcap 400 Growth Index Fd Symbol: IJK | A | Dividend | J | T | Sold (part) | 01/17 | J | A | |
| 62. | | | | | Sold (part) | 07/18 | J | A | |
| 63. -IShares TR Russell 2000 Value Index Fd | A | Dividend | J | T | Sold (part) | 04/21 | J | A | |
| 64. -IShares TR Russell 2000 Growth Index Fd Symbol: IWO | A | Dividend | J | T | Sold (part) | 04/21 | J | A | |
| 65. | | | | | Sold (part) | 07/18 | J | A | |
| 66. | | | | | Sold (part) | 07/23 | J | A | |
| 67. -IShares Trust S & P Midcap Value Index Fd | A | Dividend | J | T | Sold (part) | 01/17 | J | A | |
| 68. | | | | | Sold (part) | 07/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | O =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -IShares Dow Jones US Insurance Index Fund | A | Dividend | J | T | Buy | 10/27 | J | | |
| 70. OIL AND GAS INTERESTS (70-100) | | | | | | | | | (See Note 70-100) |
| 71. -#1-Marathon Oil Co. & Citgo, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 72. -#2-Sohio Pet Co., Franklin Parish, LA | | None | J | W | | | | | |
| 73. -#3-Marathon Oil Co., Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 74. -#4-Placid Oil Co., Warren County, MS | | None | J | W | | | | | |
| 75. -#5-Pursue Energy Corp(was Shell Oil Co.) Rankin County, MS | D | Royalty | J | W | | | | | |
| 76. -#6-US Trading Co., Madison Parish & Richland Parish, LA | | None | J | W | | | | | |
| 77. -#7-McGowan Working Partners, Yazoo County, MS | B | Royalty | J | W | | | | | |
| 78. -#8-Pennzenergy (was Pennzoil Exp & Prod Co., Yazoo Co., MS | | None | J | W | | | | | |
| 79. -#9-TXP Op Co., Yazoo County, MS | | None | J | W | | | | | |
| 80. -#10-Shell Western E&P, Lincoln County, MS | | None | J | W | | | | | |
| 81. -#11-Pennzoil Exp & Prod Co, Yazoo County, MS | | None | J | W | | | | | |
| 82. -#12-Petro-Hunt Bovina Field, Warren Co., MS | A | Royalty | J | W | | | | | |
| 83. -#13-Jefcoat, Yazoo Co., MS | | None | J | W | | | | | |
| 84. -#14-Bruxoil, Clay Co., MS | A | Royalty | J | W | | | | | |
| 85. -#15-Chevron USA, Claiborne Parish, LA | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -#16-Coho Resources, Jasper Co., MS | | None | J | W | | | | | |
| 87. -#17-Denbury On Shore LLC(was Denbury Resources) Jasper Co) | F | Royalty | L | W | | | | | Clark,Lincoln,Pike Co, MS |
| 88. -#18-D&S Oil & Gas, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 89. -#19-Devon Energy, Yazoo Co,MS,Bossier Parish, L | | None | J | W | | | | | |
| 90. -#20-EOTT Energy, Jasper & Smith Co., MS | | None | J | W | | | | | |
| 91. -#21-Ergon, Madison & Yazoo Co., MS | | None | J | W | | | | | |
| 92. -#22-Fina Oil, Claiborne Parish, LA | | None | J | W | | | | | |
| 93. -#23-Hassie Hunt Exploration, Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 94. -#24-J.P. Oil, Lincoln & Pike Co., MS | A | Royalty | J | W | | | | | |
| 95. -#25-McGowan Working Partners, Yazoo Co., MS | B | Royalty | J | W | | | | | |
| 96. -#26-Marathon Oil, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 97. -#27-Shell Oil Co., Pike Co., MS | A | Royalty | J | W | | | | | |
| 98. -#28-Spooner Petroleum, Jasper Co., MS | A | Royalty | J | W | | | | | |
| 99. -#29-St. Mary Land & Exploration, Claiborne Parish, LA | B | Royalty | K | W | | | | | |
| 100. -#30-Pennzenergy, Yazoo Co., MS | C | Royalty | K | W | | | | | |
| 101. -#31 Tecton Energy, LLC;Choctaw Co AL | A | Royalty | J | W | | | | | |
| 102. -#32 XTO Energy, Inc | B | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   LAND, Humphreys Co., MS (LLC) | | None | N | R | | | | | |

1. Income Gain Codes:           A =$1,000 or less           B =$1,001 - $2,500           C =$2,501 - $5,000           D =$5,001 - $15,000           E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000       G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                  J =$15,000 or less          K =$15,001 - $50,000         L =$50,001 - $100,000         M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                             P4 =More than $50,000,000
3. Value Method Codes           Q =Appraisal                R =Cost (Real Estate Only)   S =Assessment                 T =Cash Market
   (See Column C2)              U =Book Value               V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VIII

Lines 21 and 22 show the unsold lots in my Residential Subdivision at the end of the reporting period with an estimated value for those unsold lots on Line 25. There will be no income produced by the remaining lots in inventory unless and until they are sold.

Line 37 through 41 - This is a second IRA rollover account held at a brokerage house. It was opened after the partial sale of 1st American stock that was made in the first IRA rollover account. I have a money manager who invests this account, thus, it is designated "IRA Managed Rollover".

Lines 42 through 69 - This is a third IRA account held at a brokerage house. It was opened January 2005 with a transfer of funds from IRA #2.

Lines 70 through 100 - As I have noted for several years, I may own oil and gas interests which I inherited or obtained otherwise and of which I have no records. All income-producing interests have been included in my reports. As leasing activity occurs, I add them to my report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544